## STATE OF CONNECTICUT *v.* ANDRE JOHNSON

The defendant's petition for certification for appeal from the Appellate Court, 71 Conn. App. 272 (AC 21304), is denied.

*Robert E. Byron*, special public defender, in support of the petition.

*Margaret Gaffney Radionovas*, senior assistant state's attorney, in opposition.

Decided September 27, 2002

## STATE OF CONNECTICUT *v.* EDWARD VINES

The defendant's petition for certification for appeal from the Appellate Court, 71 Conn. App. 359 (AC 21386), is denied.

*Glenn W. Falk*, special public defender, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

The defendant's petition for certification for appeal from the Appellate Court, 71 Conn. App. 488 (AC 21652), is denied.